IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION (BALTIMORE)

| | |
|---|---|
| K. AUSTIN SACHS<br><br>                Plaintiff,<br><br>vs.<br><br>SAMMY NOUMBISSI, D.D.S., M.S.<br><br>                Defendant. | Civil Action No: 1:16-CV-02224-PX |

### STIPULATION OF DISMISSAL WITH PREJUDICE

To the Clerk:

**COMES NOW** the parties, by their respective counsel of record, and stipulate and agree that this case be and is hereby dismissed with prejudice pursuant to FRCP 41.

**The Harak Law Firm, LLC**

_/s/ David A. Harak_
David A. Harak, Esquire
38 South Paca Street, Suite 116
Baltimore, MD  21201
(410) 347-1272
David@haraklaw.com
Attorney for Plaintiff

**Wilson Elser**

_/s/ Catherine Hanrahan a/ DH_
Catherine A. Hanrahan, Esquire
700 11th Street, NW, Suite 400
Washington, DC  20001
(202) 626-7668
Catherine.Hanrahan@wilsonelser.com
Attorney for Defendants